# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MARK CROWDER, | |
| Plaintiff, | CIVIL ACTION NO. 3:19-cv-01815 |
| v. | (SAPORITO, M.J.) |
| JOHN WETZEL, et al., | |
| Defendants. | |

*FILED WILKES BARRE MAR 18 2021 PER /MS/ DEPUTY CLERK*

## ORDER

**AND NOW**, this 12th day of March, 2021, in accordance with the accompanying Memorandum, **IT IS HEREBY ORDERED** that:

1. The motion to dismiss (Doc. 20) by the defendants John Wetzel and Jack Sommers is **DENIED**;

2. The defendants shall answer the amended complaint within fourteen (14) days after entry of this Order.

*/s/ Joseph F. Saporito, Jr.*
JOSEPH F. SAPORITO, JR.
United States Magistrate Judge

Dated: March 12, 2021