# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MARK CROWDER, | CIVIL ACTION NO. 3:19-cv-01815 |
| Plaintiff, | (SAPORITO, M.J.) |
| v. | |
| RYAN O'HARA, | |
| Defendant. | |

## VERDICT SLIP

### 42 U.S.C. § 1983

1. Was defendant Ryan O'Hara acting under color of state law?

   Yes __X__      No ____

2. Did defendant Ryan O'Hara have a reasonable opportunity to intervene during the attack on plaintiff Mark Crowder?

   Yes __X__      No ____

   If you answered "Yes" to Question 2, proceed to Question 3. If you answered "No" to Question 2, proceed to Question 4.

3. Did defendant Ryan O'Hara fail to intervene during the attack on plaintiff Mark Crowder?

   Yes ____      No __X__

   If you answered "Yes" to Question 3, proceed to Question 5. If you answered "No" to Question 3, proceed to Question 4.

4. Was defendant Ryan O'Hara deliberately indifferent to a substantial risk of serious harm to the plaintiff, Mark Crowder?

   Yes _____          No __X__

If you answered "No" to Question 4, the plaintiff cannot recover. Sign and date this form and return to the courtroom. If you answered "Yes" to Question 4, proceed to Question 5.

5. Did the defendant's act described in Questions 3 or 4 above cause injury to the plaintiff?

   Yes _____          No _____

If you answered "Yes" to Question 5, proceed to Question 6(a) and skip Question 6(b).

If you answered "No" to Question 5, skip Question 6(a) and proceed to Question 6(b).

6(a). Please state the amount that will fairly compensate the plaintiff, Mark Crowder, for any injury he actually sustained as a result of defendant's conduct?

   $ _____

Proceed to Question 7.

6(b). Because we answered "No" to Question 5, the plaintiff is awarded nominal damages in the amount of $1.00.

Procced to Question 7.

7. If you answered "Yes" to Question 3 or Question 4, did defendant, Ryan O'Hara act maliciously or wantonly in violating plaintiff's rights?

Yes _____ No _____

If you answered "No" to Question 7 sign and date this form and return to the courtroom. Otherwise, proceed to Question 8.

8. If you answered "Yes" to Question 7, what amount of punitive damages, if any, should be assessed against the defendant?

$ _____

Date: 3/16/23            _Lisa Heron_
                          Jury Foreperson

3