AO 450 (Rev. 11/11) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Middle District of Pennsylvania

| | |
|---|---|
| MARK CROWDER ) | |
| *Plaintiff* ) | |
| v. ) | Civil Action No. 3:19-CV-1815 |
| R. O'HARA ) | |
| *Defendant* ) | |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

☑ other:   JUDGMENT is entered in favor of defendant, R. O'Hara, and against plaintiff, Mark Crowder.

This action was *(check one)*:

☑ tried by a jury with Judge Joseph F. Saporito, Jr. _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☐ decided by Judge _____ on a motion for

Date: March 22, 2023

CLERK OF COURT

*Mary Rose D'Chura*
Signature of ~~Clerk or~~ Deputy Clerk

FILED
WILKES-BARRE
MAR 22 2023
PER ___ MS
DEPUTY CLERK